UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS SOUSA,<br><br>          Plaintiff,<br><br>     v.<br><br>SEEKONK SCHOOL COMMITTEE;<br>RICH DROLET, in his personal and official capacities,<br><br>          Defendants. | Civil Action No. 1:22-cv-40120<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to the Order of October 21, 2022 (ECF No. 11), undersigned counsel hereby certifies that a true and correct copy of the said order has been served upon Defendants, through their counsel of record, by email, as identified below, this 21st day of October, 2022, and further

Certifies that true and correct copies of all pleadings and the said order were served upon Defendants, through their counsel of record, this 21st day of October, 2022, specifically being the following documents

- Verified 42 U.S.C. § 1983 Complaint for Declaratory, Injunctive Relief, and Damages, with Exhibits and Civil Cover Sheet (ECF 1 – ECF 1-8)
- Emergency Ex Parte Motion for a Temporary Restraining Order and for a Preliminary Injunction (ECF 2)
- Memorandum In Support of Emergency Ex Parte Motion for a Temporary Restraining Order and for a Preliminary Injunction (ECF 3)
- Certificate of Service (ECF 4)
- Notice of Appearance of Jay M. Wolman (ECF 5)
- Notice of Transfer of Case (ECF 6)
- Summons (ECF 9)
- Notice of Conventional Filing with Clerk's Office (ECF 10)
- ELECTRONIC ORDER denying in part Plaintiff Luis Sousa's Emergency Ex Parte Motion

for a Temporary Restraining Order and for a Preliminary Injunction (ECF 11)

Via first class mail (and electronically) as follows:

    Felicia S. Vasudevan
    Murphy Hesse Toomey & Lehane, LLP
    300 Crown Colony Drive, Suite 410
    Quincy, MA 02269
    fvasudevan@mhtl.com

Dated: October 21, 2022.       Respectfully Submitted,

                                                        /s/ Marc J. Randazza
                                                        Marc J. Randazza, BBO# 651477
                                                        mjr@randazza.com, ecf@randazza.com
                                                        Jay M. Wolman, BBO# 666053
                                                        jmw@randazza.com
                                                        RANDAZZA LEGAL GROUP, PLLC
                                                        30 Western Avenue
                                                        Gloucester, MA 01930
                                                        Tel: (978) 801-1776

                                                        *Attorneys for Plaintiff*
                                                        *Luis Sousa*

RANDAZZA | LEGAL GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza