UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS SOUSA, <br><br> Plaintiff, <br><br> v. <br><br> SEEKONK SCHOOL COMMITTEE; RICH DROLET, in his personal and official capacities; and KIMBERLY SLUTER, in her personal and official capacities, <br><br> Defendants. | * <br> * <br> * <br> * <br> *   Civil Action No. 1:22-cv-40120-IT <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## PRELIMINARY INJUNCTION

TALWANI, D.J.

For the reasons set forth in the court's Memorandum and Order [Doc. No. 93], the Modified No Trespass Order [Doc. No. 41-1] is enjoined to the extent that it bans Plaintiff Luis Sousa's attendance at School Committee meetings after Sousa or his counsel formally notifies the School Committee that Sousa will abide by the Public Participation Policy's restrictions on public speaking outside of the time he is a recognized speaker during Public Speak.

IT IS SO ORDERED.

January 20, 2023                                                         /s/ Indira Talwani
                                                                                  United States District Judge